UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| LOCAL NO. 46 METALLIC LATHERS UNION OF NEW YORK CITY AND VICINITY OF THE INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS, | CIVIL ACTION |
| Plaintiff | NO. 07-11588 (JGK) |
| v. | |
| TRIPLE H. CONCRETE CORP., | |
| Defendant | |

---

ENTRY OF APPEARANCE

---

To the Clerk of the Court and all Parties of Record:

    Please enter my appearance as co-counsel in this case for the Plaintiff.

    I certify that I am admitted to practice in this Court.

    January 29, 2008            /s/ R. Matthew Pettigrew, Jr.
        Date                      R. Matthew Pettigrew, Jr. (RP-9788)
                                              Markowitz & Richman
                                              1100 North American Building
                                              121 South Broad Street
                                              Philadelphia, PA 19107
                                              215-875-3132 (phone)
                                              215-790-0668 (fax)

                                              Attorneys for Plaintiff