# AFFIDAVIT OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of NEW YORK

Date Filed: _____

Index Number: 07CV11588

Plaintiff:
LOCAL NO. 46 METALLIC LATHERS UNION AND REINFORCING IRONWORKERS OF NEW YORK CITY AND VICINITY OF THE INTERNATIONAL ASSOCIATION OF BRIDGE STRUCTURAL, ORNAMENTAL AND REINFORCING IRON WORKERS,

vs.

Defendant:
TRIPLE H. CONCRETE, CORP.,

For:
MARKOWITZ AND RICHMAN
1100 North American Building
121 S Broad Street
Philadelphia, PA 19107

Received by LEGALEASE to be served on **TRIPLE H. CONCRETE, CORP., 2375 RAYNOR STREET, RONKONKOMA, NY 11779**.

I, Howard Ettinger, being duly sworn, depose and say that on the **8th day of January, 2008 at 11:25 am**, I:

Served the above entity by delivering a true copy of the **SUMMONS AND COMPLAINT** to: **JOANNE TRYBUS** as **OFFICE MANAGER** at the address of: **2375 RAYNOR STREET, RONKONKOMA, NY 11779**, who stated they are authorized to accept service for **TRIPLE H. CONCRETE, CORP.**

**Description** of Person Served: Age: 45, Sex: F, Race/Skin Color: White, Height: 5'6", Weight: 130, Hair: Brown, Glasses: N

I am over the age of eighteen, have no interest in the above action and have the authority to serve process pursuant to CPLR 2103.

*Howard Ettinger* (signature)
**Howard Ettinger**
Process Server

Subscribed and Sworn to before me on the 8th day of January, 2008 by the affiant who is personally known to me.

*(signature)*
NOTARY PUBLIC

**ANDREA MOLODY**
Notary Public, State of New York
No. 01MO6037166
Qualified in Suffolk County
Commission Expires Feb. 14, 20_10_

LEGALEASE
139 Fulton St.
New York, NY 10038
(800) 393-1277

Our Job Serial Number: 2008000077

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9t