ROBERT A. SCHER (RAS 1633)
SCHER & SCHER, P.C.
111 Great Neck Road, Suite 206
P.O. Box 376
Great Neck, NY 11021
(516) 482-1777 TELE
(516) 829-3198 FAX

Attorney for the defendant
TRIPLE H. CONCRETE CORP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
LOCAL No. 46 METALLIC LATHERS UNION AND
REINFORCING IRONWORKERS OF NEW YORK CITY AND        Case No: 07 CV 11588
VICINITY OF THE INTERNATIONAL ASSOCIATION OF
BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING
IRON WORKERS
                                                   **NOTICE OF APPEARANCE**
                     Plaintiff,
        -against-

TRIPLE H. CONCRETE CORP.,

                     Defendants.
------------------------------------------------x

    PLEASE TAKE NOTICE that the undersigned has been retained by and appears in the above-captioned action for defendant, TRIPLE H CONCRETE CORP., and demand that all subsequent papers in this action be served upon the undersigned at the office address set forth below.

Dated:   Great Neck, NY
         March 3, 2008

                                    SCHER & SCHER, P.C.
                                    By: _____
                                    ROBERT A. SCHER (RAS 1633)
                                    Attorney for defendant
                                    111 Great Neck Road, Suite 206
                                    P.O. Box 376
                                    Great Neck, New York 11021
                                    (516) 482-1777

TO:    MARKOWITZ & RICHMAN
       Attorneys for the Plaintiffs
       1100 North American Building
       121 S. Broad Street
       Philadelphia, PA 19107