FROM Scher & Scher, P.C. - FAX: (516) 829-3198    (MON)MAR 3 2008 8:00/ST. 8:00/No. 7500000159 P 2
03/03/2008 09:20 FAX 2157900666    MARKOWITZ & RICHMAN    @002/002
FROM Scher & Scher, P.C. - FAX: (516) 829-3198    (FRI)FEB 29 2008 10:31/ST. 10:31/No. 7500000144 P 2

Case 1:07-cv-11588-JGK   Document 7   Filed 03/03/2008   Page 1 of 1

ROBERT A. SCHER (RAS 1633)
SCHER & SCHER, P.C.
111 Great Neck Road, Suite 206
P.O. Box 376
Great Neck, NY 11021
(516) 482-1777 TELE
(516) 829-3198 FAX

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/3/08
```

Attorney for the defendant
TRIPLE H. CONCRETE CORP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
LOCAL No. 45 METALLIC LATHERS UNION AND
REINFORCING IRONWORKERS OF NEW YORK CITY AND        Case No: 07 CV 11588
VICINITY OF THE INTERNATIONAL ASSOCIATION OF
BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING
IRON WORKERS
                                                    STIPULATION
                       Plaintiff,

        -against-

TRIPLE H. CONCRETE CORP.,

                       Defendants.
----------------------------------------x

IT IS HEREBY STIPULATED AND AGREED by and between the attorneys for the respective parties that defendant, TRIPLE H. CONCRETE CORP., hereby appears in this action and its time to answer the Complaint in this action be and the same is hereby extended to March 31, 2008.

IT IS FURTHER AGREED that plaintiff hereby withdraws its application for a Certificate of Default.

Dated: Great Neck, NY
       February 29, 2008

MARKOWITZ & RICHMAN                         SCHER & SCHER, P.C.
By: [signature]                             By: [signature]

R. MATTHEW PETTIGREW, JR. ESQ.              ROBERT A. SCHER
Attorney for the Plaintiff                  Attorney for Defendant
1100 North American Building                111 Great Neck Road, Suite 206
121 S. Broad Street                         Great Neck, NY 11021
Philadelphia, PA 19107                      (516) 482-1777
215-875-3132

[signature]
"SO-ORDERED"    JDC

3/3/08