ROBERT A. SCHER (RAS 1633)
SCHER & SCHER, P.C.
111 Great Neck Road, Suite 206
P.O. Box 376
Great Neck, NY 11021
(516) 482-1777 TELE
(516) 829-3198 FAX

Attorney for the defendant
TRIPLE H. CONCRETE CORP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------x
LOCAL No. 46 METALLIC LATHERS UNION AND
REINFORCING IRONWORKERS OF NEW YORK CITY AND        Case No: 07 CV 11588
VICINITY OF THE INTERNATIONAL ASSOCIATION OF
BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING
IRON WORKERS
                                                    **DEFENDANT'S**
                        Plaintiff,                  **RULE 7.1 STATEMENT**
        -against-

TRIPLE H. CONCRETE CORP.,

                        Defendants.
-----------------------------------------------x

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure for the Southern District of New York and to enable Judges and Magistrates Judges of the Court to evaluate possible disqualification or recusal, the undersigned, counsel for TRIPLE H. CONCRETE CORP. certifies that the Corporate Defendant has no corporate parents, subsidiaries, or affiliates with are publicly held.

Dated:   Great Neck, NY
         March 31, 2008

                                Yours, etc.

                                SCHER & SCHER, P.C.
                                By:

                                _____
                                ROBERT A. SCHER (RAS 1633)
                                Attorney for defendants
                                111 Great Neck Road, Suite 206
                                P.O. Box 376
                                Great Neck, New York 11021
                                (516) 482-1777

TO:

MARKOWITZ & RICHMAN
Attorneys for the Plaintiffs
1100 North American Building
121 S. Broad Street
Philadelphia, PA 19107