ROBERT A. SCHER (RAS 1633)
SCHER & SCHER, P.C.
111 Great Neck Road, Suite 206
P.O. Box 376
Great Neck, NY 11021
(516) 482-1777 TELE
(516) 829-3198 FAX

Attorney for the defendant
TRIPLE H. CONCRETE CORP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
LOCAL No. 46 METALLIC LATHERS UNION AND
REINFORCING IRONWORKERS OF NEW YORK CITY AND        Case No: 07 CV 11588
VICINITY OF THE INTERNATIONAL ASSOCIATION OF
BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING
IRON WORKERS
                                                              **ANSWER**
                        Plaintiff,
        -against-

TRIPLE H. CONCRETE CORP.,

                        Defendants.
------------------------------------------------x

Defendant, TRIPLE H. CONCRETE CORP., by its attorneys, SCHER & SCHER, P.C., answering the Complaint of the plaintiff, alleges, upon information and belief, as follows:

1. Denies each and every allegation contained in paragraphs 7 and 9 of the Complaint.

2. Denies knowledge or information sufficient to form a belief as to the truth of each and every allegation contained in paragraphs 1, 2 and 3 of the Complaint.

3. Denies each and every allegation contained in paragraph 4 of the Complaint except admits that defendant TRIPLE H CONCRETE CORP. maintains its principal place of business at 2375 Raynor Street, Ronkonoma, NY 11779.

4. Denies each and every allegation contained in paragraph 6 of the Complaint and begs leave to refer to the Contract, leaving the interpretation and effect thereof to the Court.

5. Denies each and every allegation contained in paragraph 8 of the Complaint and begs leave to refer to the original Complaint, leaving the interpretation thereof to the Court.

6. Denies each and every allegation contained in paragraph 10 of the Complaint except admits the rendering of a decision, leaving the legal effect thereof to the Court.

7. Denies each and every allegation contained in paragraph 11 of the Complaint except admits that more than ninety (90) days have elapsed since the rendering of the Decision.

**ANSWERING THE ALLEGATION OF COUNT 1**

8. Admits and denies each and every allegation incorporated by reference into paragraph 12 of the Complaint as heretofore admitted and denied.

9. Denies each and every allegation contained in paragraph 13 of the Complaint.

WHEREFORE defendant TRIPLE H CONCRETE CORP. demands that the Complaint be dismissed and that they be awarded their costs and disbursements in this action.

Dated:   Great Neck, NY
         March 31, 2008

Yours, etc.

SCHER & SCHER, P.C.
By:
ROBERT A. SCHER (RAS 1633)
Attorney for defendants
111 Great Neck Road, Suite 206
P.O. Box 376
Great Neck, New York 11021
(516) 482-1777

2

TO:     MARKOWITZ & RICHMAN
        Attorneys for the Plaintiffs
        1100 North American Building
        121 S. Broad Street
        Philadelphia, PA 19107

3