ROBERT J. SCHER (RAS 1633)
DANIEL J. SCHER (DJS 2418)
SCHER & SCHER, P.C.
111 Great Neck Road, Suite 206
P.O. Box 376
Great Neck, NY 11021
(516) 482-1777 TELE
(516) 829-3198 FAX

Attorney for the defendant
TRIPLE H. CONCRETE CORP.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
LOCAL No. 46 METALLIC LATHERS UNION AND
REINFORCING IRONWORKERS OF NEW YORK CITY AND
VICINITY OF THE INTERNATIONAL ASSOCIATION OF
BRIDGE, STRUCTURAL, ORNAMENTAL AND REINFORCING
IRON WORKERS

Case No: 07 CV 11588

**NOTICE OF APPEARANCE**

       Plaintiff,

 -against-

TRIPLE H. CONCRETE CORP.,

       Defendants.
------------------------------------------------x

 PLEASE TAKE NOTICE that the undersigned has been retained by and appears in the above-captioned action for defendant, TRIPLE H CONCRETE CORP., and demand that all subsequent papers in this action be served upon the undersigned at the office address set forth below.

Dated: Great Neck, NY
    April 1, 2008

           SCHER & SCHER, P.C.
           By: _____
           DANIEL J. SCHER (DJS 2418)
           Attorney for defendant
           111 Great Neck Road, Suite 206
           P.O. Box 376
           Great Neck, New York 11021
           (516) 482-1777

TO: MARKOWITZ & RICHMAN
   Attorneys for the Plaintiffs
   1100 North American Building
   121 S. Broad Street
   Philadelphia, PA 19107