UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LOCAL NO. 46 METALLIC LATHERS UNION AND
REINFORCING IRON WORKERS OF NEW YORK CITY
AND VICINITY OF THE INT'L ASSOC. OF BRIDGE,
STRUCTUAL, ORNAMENTAL AND REINFORCING IRON
WORKERS,
      Plaintiff,

- against -

TRIPLE G. CONCRETE, CORP.,
      Defendant.

---

07 Civ. 11588 (JGK)

ORDER

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-4-08

JOHN G. KOELTL, District Judge:

  The parties shall advise the Court of the status of this action by **May 2, 2008**.

SO ORDERED.

Dated: New York, New York
   April 3, 2006

                _____
                John G. Koeltl
              United States District Judge